IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORM ENERGY, INC.,<br><br>Defendant. | Case No. 1:25-cv-13303<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANT FORM ENERGY INC.'S MOTION TO DISMISS PLAINTIFF KEVIN WASHINGTON'S CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Form Energy, Inc. moves the Court to dismiss Plaintiff's Class Action Complaint ("Complaint") for lack of standing to bring such claims and failure to state a claim for relief. For the reasons set forth in the accompanying Memorandum in Support, the Complaint should be dismissed with prejudice in its entirety.

Dated: January 26, 2026

Respectfully submitted,

/s/ *Emily S. P. Baxter*
Emily S. P. Baxter
BAKER & HOSTETLER LLP
ebaxter@bakerlaw.com
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
Telephone:  216.621.0200

Robyn M. Feldstein (*pro hac vice* forthcoming)

BAKER & HOSTETLER LLP
rfeldstein@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200


Raika N. Casey (*pro hac vice* forthcoming)
BAKER & HOSTETLER LLP
Rcasey@bakerlaw.com
1801 California Street, Suite 4400
Denver, Colorado 80209
Telephone: 303.764.4093

*Attorneys for Defendant Form Energy, Inc.*

2

Case 1:25-cv-13303-AK    Document 8    Filed 01/26/26    Page 3 of 3